# UNITED STATES DISTRICT COURT
for the
District of Maryland

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
Monies held in the bank accounts at USAA Federal ) Case No. GLS-21-0697
Savings Bank listed in Attachment A-2 )
)

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

APR 15 2021

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

SDMD USAO 2021R00114

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of ___Maryland___ is subject to forfeiture to the United States of America under __18__ U.S.C. § 981(a)(1)(c) *(describe the property)*:

Property is subject to forfeiture under 18 U.S.C. §§ 981(a)(1)(c), 982(a)(2)(A), 984, and 28 U.S.C. § 2461(c).

The property to be seized is monies held in the bank accounts at USAA Federal Savings Bank listed in Attachment A-2.

The application is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

*Matthew Riemenschneider*    3/25/21
*Applicant's signature*

Matthew Riemenschneider, Special Agent, FBI
*Printed name and title*

Sworn to before me over the telephone
and signed by me pursuant to Fed. R.
Crim. P. 4.1 and 41(d)(3).

Date: March 29, 2021

*Judge's signature*

City and state: Greenbelt, MD

Honorable Gina L. Simms, U.S. Magistrate Judge
*Printed name and title*